612 NORTH MICHIGAN AVENUE BUILDING CORP., Plaintiff-Appellee, *v.* FACTSYSTEM, INC., Defendant.—(JEFFERSON STATE BANK *et al.*, Defendants-Appellants.)

(No. 60210;

First District (3rd Division)—January 9, 1975.

*Rehearing denied February 6, 1975.*

530

Opinion by Mr. PRESIDING JUSTICE McGLOON.

Harry G. Fins, of Teitelbaum, Wolfberg, Guild & Toback, of Chicago, for appellants.

Ralph G. Scheu, of Chicago, for appellee.